**Order entered April 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00379-CV**

**NEWSOM, TERRY & NEWSOM, LLP AND STEVEN K. TERRY, Appellants**

**V.**

**HENRY S. MILLER COMMERCIAL COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-01306-G**

**ORDER**

Before the Court is court reporter Brooke Wagner's April 20, 2020 letter informing the Court that no payment arrangements have been made for the reporter's record. Accordingly, we **ORDER** appellant to file, no later than May 4, 2020, written verification he has paid or made arrangements to pay for the record. We caution appellants that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE